TURANO LAW

275 Madison Avenue
35th Floor
New York, NY 10016

Tel (917) 594-5666
Fax (917) 594-5667

60 Park Place
Suite 1101
Newark, NJ 07102

Tel (973) 648-6777
Fax (917) 594-5667

August 21, 2026

The Honorable J. Paul Oetkin, U.S.D.J.
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: *United States v. Jerry Vargas,* 24-cr-110 (JPO)

Dear Judge Oetkin:

Jerry Vargas intends to file a motion to suppress evidence obtained from three warrants. One of the warrant applications, including its supporting affidavit, is the subject to the parties' protective order.

Accordingly, we seek leave from the Court to permit Mr. Vargas to file under seal the warrant application and the memorandum of law in support of Mr. Vargas's pretrial motions, which is replete with refers to the supporting affidavit.

Granted.
8/24/2026

J. PAUL OETKEN
United States District Judge

Respectfully submitted,
/s/ *Stephen Turano*
Stephen Turano, Esq.
Mark DeMarco, Esq.
Steven Lynch, Esq.
275 Madison Avenue, 35th Floor
New York, New York 10016
Tel: (917) 594-5666
*Attorneys for Jerry Vargas*

cc: All Counsel of Record (by ECF)